IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| CHRISTINA C. SEIDNER, JARED MACKRORY, Individually, and as representatives of a Class of Participants and Beneficiaries of the Kimberly-Clark Corporation 401(k) & Profit Sharing Plan,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION<br><br>and<br><br>BENEFITS ADMINISTRATION COMMITTEE OF KIMBERLY-CLARK CORPORATION,<br><br>Defendants. | CIVIL ACTION NO. 3:21-CV-00867-L |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Christina C. Seidner and Jared Mackrory respectfully move the Court for leave to submit the attached Notice of Supplemental Authority in opposition to Defendants' pending Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 25). For the reasons stated in the accompanying Brief in Support of Plaintiffs' Motion for Leave to File Notice of Supplemental Authority, the Court should grant Plaintiffs leave to file the attached Notice of Supplemental Authority.

Pursuant to Local Rule 7.1(a) of this Court, on March 15, 2023, Plaintiffs' counsel attempted to confer with Defendants' counsel, Jennafer Tryck, regarding the relief requested in this Motion by email and telephone. Because Defendants' counsel has not responded to Plaintiffs' request for consent as of the date of the filing of this Motion, it is presumed Defendants oppose this motion.

WHEREFORE, Plaintiffs respectfully request leave to file the attached Notice of Supplemental Authority.

DATE:  March 17, 2023                           Respectfully submitted,

                                                By:   /s/ *Paul M. Secunda*

                                                      *PAUL M. SECUNDA
                                                      *admitted pro hac vice
                                                      WALCHESKE & LUZI, LLC
                                                      235 Executive Dr., Suite 240
                                                      Brookfield, Wisconsin 53005
                                                      Telephone: (262) 780-1953
                                                      E-Mail: psecunda@walcheskeluzi.com

                                                      JOE KENDALL
                                                      Texas Bar No. 11260700 KENDALL
                                                      LAW GROUP, PLLC
                                                      3811 Turtle Creek Blvd., Suite 1450
                                                      Dallas, Texas 75219
                                                      Telephone: (214) 744-3000
                                                      Fax: (214) 744-3015
                                                      E-Mail:jkendall@kendalllawgroup.com

                                                      *ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on March 17, 2023. Accordingly, this document was served on each party who is a registered user of ECF.

                                                                                                /s/    *Paul M. Secunda*
                                                                             Paul M. Secunda
                                                                          Attorney for Plaintiffs

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(a) of this Court, on March 15, 2023, Plaintiffs' counsel attempted to confer with Defendants' counsel, Jennafer Tryck, regarding the relief requested in this Motion by both email and telephone. Because Defendants' counsel has not responded to Plaintiffs' request for consent as of the date of the filing of this Motion, it is presumed Defendants oppose this motion.

                                                         /s/    *Paul M. Secunda*
                                                      Paul M. Secunda
                                                   Attorney for Plaintiffs