IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTINA C. SEIDNER and JARED MACKRORY,<br><br>        Plaintiffs,<br><br>v.<br><br>KIMBERLY-CLARK CORPORATION, et al.<br><br>        Defendants. | CIVIL ACTION NO. 3:21-CV-00867-L |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND RELEASE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Christina C. Seidner and Jared Mackrory ("Plaintiffs") respectfully move the Court to: (1) preliminarily approve the Parties' Class Action Settlement Agreement and Release in the above-referenced matter, attached to the Declaration of Paul M. Secunda as **Exhibit 1**; (2) approve the proposed Notice and authorize distribution of the Notice to the Settlement Class, attached to the Settlement Agreement as **Exhibit B**; (3) preliminarily certify the Settlement Class for settlement purposes; (4) approve the Plan of Allocation, attached to the Settlement Agreement as **Exhibit C**; (5) schedule a Final Approval Hearing; and (6) enter the accompanying Preliminary Approval Order, attached to the Settlement Agreement as **Exhibit D**.

This motion is made pursuant to Federal Rule of Civil Procedure 23(e) and is based on the accompanying Memorandum of Law and authorities cited therein, the Declaration of Paul M. Secunda and exhibits attached thereto (including the Settlement Agreement), the Declarations of Christina C. Seidner and Jared Mackrory, and all files, records, and proceedings in this matter.

Defendants join in the relief requested by Plaintiff's Motion for Preliminary Approval of Settlement.

Dated this 2nd day of December, 2024

**WALCHESKE & LUZI, LLC**

/s/ Paul M. Secunda
Paul M. Secunda
235 N. Executive Dr., Suite 240
Brookfield, Wisconsin 53005
Telephone: (414) 828-2372
Facsimile: (262) 565-6469
Email: psecunda@walcheskeluzi.com

**KENDALL LAW GROUP, PLLC**

Joe Kendall
Texas Bar No. 11260700
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: (214) 744-3000
Fax: (214) 744-3015
E-Mail: Jkendall@Kendalllawgroup.Com

ATTORNEYS FOR PLAINTIFFS and
PROPOSED SETTLEMENT CLASS

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2024, I caused a copy of the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Paul M. Secunda*
Paul M. Secunda