IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CHRISTINA C. SEIDNER and JARED MACKRORY,**  §<br>§<br>§<br>Class Representative Plaintiffs,  §<br>§<br>v.  §<br>§<br>**KIMBERLY-CLARK CORPORATION and BENEFITS ADMINISTRATION COMMITTEE OF KIMBERLY-CLARK CORPORATION,**  §<br>§<br>§<br>§<br>§<br>Defendants.  § | Civil Action No. **3:21-CV-867-L** |

## ORDER

Before the court is Plaintiffs' Motion for Final Approval of Class Action Settlement ("Motion") (Doc. 121), filed July 2, 2025. Based on the evidence and submissions of the Parties, counsels' presentations and representations to the court during the hearing held on July 18, 2025, and the reasons stated by the court on the record, the undersigned determines that Plaintiffs' Motion (Doc. 121), which is unopposed by Defendants, should be and is hereby **granted**. By separate document, the court will set forth the parameters for the Final Approval of the Class Settlement agreed to by the parties and its findings supporting Final Approval of the Class Settlement.

**It is so ordered** this 22nd day of July, 2025.

Sam A. Lindsay
United States District Judge

Order – Solo Page